THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* WALTER L. BAKER, Appellant.

(Argued December 9, 1932; decided January 10, 1933.)

*John L. Moore* for appellant.

*Harry E. Clinton, District Attorney* (*John J. Kelly* of counsel), for respondent.

Judgment reversed and information dismissed on the ground that there was no evidence of culpable negligence. (*People* v. *Angelo*, 246 N. Y. 451.) No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.